# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BITMICRO LLC,<br><br>Plaintiff,<br><br>v.<br><br>KIOXIA AMERICA, INC.<br>and KIOXIA CORPORATION,<br><br>Defendants. | Civil Action No.: 6:22-cv-00331-ADA<br><br>**JURY TRIAL DEMANDED** |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 28, 2023, a true-and-correct copy of Plaintiff BiTMICRO LLC's Opposed Motion for Leave to Supplement Its Final Infringement Contentions (ECF No. 73), filed under seal on July 28, 2023, was served by Plaintiff via electronic mail on all counsel of record.

Respectfully submitted this 31st day of July, 2023.

Dated: July 31, 2023

Respectfully submitted,

*/s/ Denise M. De Mory*
Denise M. De Mory (*Pro Hac Pending*)
California State Bar No. 168076
Corey Johanningmeier (*Pro Hac Pending*)
California State Bar No. 251297
Richard C. Lin (*Pro Hac Pending*)
California State Bar No. 209233
Michael Flynn-O'Brien (*Pro Hac Pending*)
California State Bar No. 291301
Li Guo (*Pro Hac Pending*)
District of Columbia Bar No. 1018270
Bunsow De Mory LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7241 Telephone

-2-

(415) 426-4744 Facsimile
ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com
rlin@bdiplaw.com
mflynnobrien@bdiplaw.com
lguo@bdiplaw.com

*Attorney in Charge for Plaintiff BiTMICRO LLC*

B. Russell Horton
State Bar No. 10014450
George Brothers Kincaid &Horton, L.L.P.
114 West 7th Street, Ste. 1100
Austin, Texas 78701
(512) 495-1400 Telephone
(512) 499-0094 Facsimile
rhorton@gbkh.com

*Attorney for Plaintiff BiTMICRO LLC*